175 So. 316

**BUSH v. STATE.**

4 Div. 967.

Supreme Court of Alabama.

June 17, 1937.

A. A. Carmichael, Atty. Gen., and John J. Haynes, Asst. Atty. Gen., for the motion.

L. A. Farmer, of Dothan, opposed.

PER CURIAM.

Petition of the state of Alabama, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that count in the case of Bush v. State, 27 Ala.App. 482, 175 So. 315.

Writ denied.

ANDERSON, C. J., and GARDNER, BOULDIN, and FOSTER, JJ., concur.